Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 773-0370

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KESHAVA LLC,<br><br>　　　　　Defendant. | Case No: 3:17-cv-06035-WHA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　Please take notice that Plaintiff dismisses the above action with prejudice; each party to bear her/its own fees and costs.

　　　RESPECTFULLY SUBMITTED this 5th day of September, 2018.

　　　　　　　　　　　　　　　**THE STROJNIK FIRM L.L.C.**

　　　　　　　　　　　　　　　_/s/ Peter Kristofer Strojnik_
　　　　　　　　　　　　　　　Peter Kristofer Strojnik (242728)
　　　　　　　　　　　　　　　2415 East Camelback Road, Suite 700
　　　　　　　　　　　　　　　Phoenix, Arizona 85016
　　　　　　　　　　　　　　　Attorneys for Plaintiff